```
1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK E. SHERRIFF (SBN 219488)
   Asst. United States Attorney
3  U.S. Courthouse, Suite 4401
   2500 Tulare St.
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America and
7  Revenue Agent Fred Chynoweth

8
                IN THE UNITED STATES DISTRICT COURT
9
               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 GEORGE and RITA SERBAN,        )   Case No. 1:06-cv-00504 OWW DLB
                                  )
12                                )
              Petitioners,        )   ORDER
13                                )
                                  )
14       v.                       )
                                  )
15                                )
   FRED CHYNOWETH, Revenue Agent, )
16 et al.,                        )
                                  )
17            Respondents.        )
   _____)
18

19

20

21      The United States of America seeks to substitute itself in

22 place of defendant Revenue Agent Fred Chynoweth as the real party

23 in interest in this action, and seeks to dismiss a Petition to

24 Quash Internal Revenue Service Summonses, Demand for a Bill of

25 Particulars, Request for Injunction, and Claim for Personal

26 Damages, filed by George and Rita Serban ("Petition to Quash").

27 The United States further seeks to enforce Internal Revenue

28 Service ("IRS") summonses issued to Bakersfield Santa Fe Federal
```

1  Credit Union ("Bakersfield Santa Fe"), Charles Schwab and
2  Company, Inc. ("Charles Schwab"), Ticor Title, and Washington
3  Mutual Bank.
4      On October 19, 2006, the Magistrate Judge filed findings and
5  recommendations herein which were served on plaintiffs and which
6  contained notice to the parties that any objections to the
7  findings and recommendations were to be filed within fifteen
8  days.  Neither party has filed objections to the findings and
9  recommendations.
10     The Court has reviewed the file de novo and is satisfied
11 that the Magistrate Judge's findings and recommendations are
12 supported by the record and by the Magistrate Judge's analysis.
13 Accordingly, IT IS HEREBY ORDERED that:
14     1.  The Findings and Recommendations filed October 19,
15         2006, are ADOPTED IN FULL;
16     2.  IRS Revenue Agent Fred Chynoweth is dismissed and the
17         United States of America is substituted in his place as
18         respondent;
19     3.  The Petition to Quash the IRS summonses to Bakersfield
20         Santa Fe, Charles Schwab, Ticor Title, and Washington
21         Mutual Bank is DENIED;
22     4.  The United States' motion to dismiss the Petition to
23         Quash is GRANTED;
24     5.  The United States' petition to enforce the IRS
25         summonses to Bakersfield Santa Fe, Charles Schwab,
26         Ticor Title, and Washington Mutual Bank is GRANTED; and
27     6.  The Court clerk is DIRECTED to enter judgment in favor
28         of defendant United States of America and against

1         plaintiffs George and Rita Serban and to close this
2         action.
3   It is SO ORDERED.

DATED: _February 15, 2007    _/s/ OLIVER W. WANGER_____
                                      UNITED STATES DISTRICT JUDGE

Presented by:

McGREGOR W. SCOTT
United States Attorney

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney